UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | **ORDER** |
| TOMMY NEPONUCENO, | S1 21 Cr. 133 (VM) |
| Defendant. | |

It is HEREBY ORDERED that defendant Tommy Neponuceno shall surrender to the

United States Marshal's Service in Houston, Texas on April 26, 2021, and that he be transferred

to a facility in the vicinity of the Southern District of New York, upon request from the U.S.

Attorney's Office for the Southern District of New York.   On April 26, 2021, prior to his

surrender, Mr. Neponuceno may remove his GPS monitoring bracelet, at the direction of his pre-

trial services officer.

SO ORDERED:

Dated:        New York, New York
              April 22, 2021

_____
JAMES L. COTT
United States Magistrate Judge

1